IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GRANT STREET GROUP, INC., a Pennsylvania corporation, ) ) ) Plaintiff, ) ) vs. ) ) REALAUCTION.COM, LLC, ) a Florida limited liability company, ) ) Defendant. ) | Civil Action No. 09-1407 JURY TRIAL DEMANDED |

[~~PROPOSED~~] ORDER

AND NOW, this _____ day of _____, 20_____,

IT IS ORDERED that defendant Realauction.com, LLC, shall produce all responsive documents to plaintiff Grant Street Group, Inc.'s first set of document requests within five (5) days. IT IS FURTHER ORDERED that Realauction.com, LLC, shall make Whit Thompson, David Epner, and Lloyd McClendon available for deposition between March 24, 2010 and April 30, 2010. IT IS FURTHER ORDERED that Realauction.com, LLC, shall supplement its response to Interrogatory No. 3 within five (5) days.

_____
United States District Judge

cc: All Counsel of Record

3/10/10

*Denied without prejudice. The parties are ordered to "meet & confer" with respect to the production of ESI. The parties are ordered to report to the court by 4/1/10 as to whether e-discovery disputes have been resolved or whether appointment of a discovery Special Master is necessary.*

*Donetta W. Ambrose*