IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GRANT STREET GROUP, INC.
a Pennsylvania corporation,

    Plaintiff,

v.

REALAUCTION.COM, LLC,
a Florida limited liability company,

    Defendant.

Civil Action No. 09-1407
Judge Donetta W. Ambrose

[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S MOTION
FOR CONTINUANCE OF MARKMAN HEARING

AND NOW, this _1st_ day of _June_, 2010, IT IS ORDERED that the Defendant's Motion for Continuance of Markman Hearing to continue the Markman Hearing currently set for June 7, 2010 (DE 38) to _July 9, 2010 is Granted. The hearing will begin at 9:30 A.M._ ~~a date not earlier than July 1, 2010 is GRANTED. The Court will issue a separate minute order advising the date of the Markman Hearing~~.

_/s/ Donetta W. Ambrose_
Donetta W. Ambrose
United States District Judge

cc: All Counsel of Record
  Special Master Paul A. Beck, Esq.