IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GRANT STREET GROUP, INC., )
    Plaintiff, )
    vs. ) Civil Action No. 9-1407
REALAUCTION.COM, LLC, )
    Defendant. )

AMBROSE, District Judge

## MEMORANDUM ORDER OF COURT

On October 11, 2010, the Special Master ruled upon a Defendant's Motion to Compel Search and Production of ESI (Docket No. 109) and also filed a Supplemental Recommendation on October 19, 2010. (Docket Nos. 118, 121). Therein, the Special Master granted Defendant's Motion, but not fully. (Docket Nos. 118, 121). The parties were permitted to object. (Docket No. 48). Defendant filed Objections thereto. (Docket Nos. 120, 127). Plaintiff filed responses thereto. (Docket Nos. 122, 128). After careful consideration of the Motion (Docket No. 109), the Report and Recommendations of the Special Master and the Objections and Responses thereto, I find that the R&Rs of the Special Master should be adopted.

THEREFORE, this 12th day of November, 2010, it is ordered that the Report and Recommendations of the Special Master set forth at Docket Nos. 118 and 121 are hereby adopted as the opinion of this Court and Defendant's Motion (Docket No. 109) is granted to the extent set forth therein.

                                  BY THE COURT:

                                  /s/ Donetta W. Ambrose
                                  Donetta W. Ambrose
                                  U.S. District Judge