IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GRANT STREET GROUP, INC., )
        Plaintiff, )
vs. ) Civil Action No. 9-1407
REALAUCTION.COM, LLC, )
        Defendant. )

AMBROSE, Senior District Judge

## ORDER ON CLAIMS CONSTRUCTION

Plaintiff charged Defendant with infringement of United States Patent No. 7,523,063 ("the '063 patent"). Given the highly technical nature of the patents, I appointed a Special Master to oversee the claims construction process. By Order dated April 15, 2010, I appointed Paul A. Beck to serve as Special Master in this litigation. (ECF No. 48). The Special Master conducted a *Markman* hearing on July 9, 2010. The hearing was continued on November 4, 2010. The *Markman* proceedings closed on November 4, 2010. On November 24, 2010, the Special Master has issued his Report and Recommendation on Disputed Claim Terms of the '063 Patent ("R&R). (ECF No. 151).

Defendant filed Objections to the R&R. (ECF No. 164). I reviewed the Objections, the Response and the Special Master's R&R. After careful considerations of the same and for the reasons set forth in the R&R, the Special Master's R&R (ECF No. [151]) is hereby adopted in its entirety. Defendant's Objections (ECF No. [164]) are overruled.

                              BY THE COURT:

                              s/ Donetta W. Ambrose
                              Donetta W. Ambrose
                              United States Senior District Judge

Dated:       February 4, 2011