IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GRANT STREET GROUP, INC., )
)
    Plaintiff, )
)
vs. ) Civil Action No. 9-1407
)
REALAUCTION.COM, LLC, )
)
    Defendant. )

AMBROSE, District Judge

## **MEMORANDUM ORDER OF COURT**

Pending is Plaintiff's Motion to De-designate Defendant's Ownership and Loan Information. (ECF No. 244). The Special Master ruled upon the same in a Report and Recommendation ("R&R") filed on January 6, 2012. (ECF No. 291). Therein, the Special Master recommended denying the Motion but granting leave to Plaintiff to disclose certain documents to particular law enforcement agencies with conditions set forth therein. *Id.*, pp. 21-23.

The parties were permitted to object. (Docket No. 48). Both parties filed Objections and Replies to the Objections. (ECF Nos. 296, 297, 304-305). Having reviewed Motion and related documents, as well as the Recommendation and the related documents, I find that the Special Master correctly ruled that Plaintiff's Motion to De-designate should be denied. I do not find, however, that Plaintiff should be granted leave to disclose certain documents to particular law enforcement agencies. Consequently, I will adopt the R&R (ECF No. 291) in part and to the extent that it denies Plaintiff's Motion and I will deny Plaintiff's Motion (ECF No. 244). The remainder of the R&R is not adopted.

THEREFORE, this 27th day of January, 2012, it is ordered as follows:

1. The Special Master's R&R (Docket No. [291]), to the extent it finds de-designation is not appropriate and denies Plaintiff's Motion to De-designate, is hereby adopted as the opinion of this Court and Plaintiff's Motion (ECF No. [244]) is denied;

2. The Special Master's R&R recommending leave be granted for the disclosure of certain documents is not adopted.

BY THE COURT:

s/ Donetta W. Ambrose
Donetta W. Ambrose
United States Senior District Judge