IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GRANT STREET GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 9-1407 |
| ) | |
| REALAUCTION.COM, LLC, ) | |
| ) | |
| Defendant. ) | |

AMBROSE, District Judge

**MEMORANDUM ORDER OF COURT**

Pending is Defendant's Motion to Strike Expert Declaration of Myles Harrington. (ECF No. 320). The Special Master ruled upon the same in a Report and Recommendation ("R&R") filed on February 23, 2012. (ECF No. 334). Therein, the Special Master recommended granting in part and denying in part the Motion. *Id.*, p. 32.

The parties were permitted to object. (Docket No. 48). Plaintiff filed Objections thereto and Defendant filed a Response to the Objections. (ECF Nos. 342, 353). Having reviewed Motion and related documents, as well as the Recommendation and the related documents, I find that the Special Master correctly stuck paragraph 13 of Mr. Harrington's Declaration of December 22, 2011.

THEREFORE, this 25th day of April 2012, it is ordered as follows:

1. The Special Master's R&R (Docket No. [334]) is hereby adopted as the opinion of this Court;

2. Defendant's Motion to Strike Expert Declaration of Myles Harrington (ECF No. [320]) is granted to the extent that paragraph 13 is stricken for purposes related to opposing Defendant's Motion for Summary Judgment and is denied in all other respects.

BY THE COURT:

s/  Donetta W. Ambrose
Donetta W. Ambrose
United States Senior District Judge