IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GRANT STREET GROUP, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> REALAUCTION.COM, LLC, ) <br> ) <br> Defendant. ) | Civil Action No. 9-1407 |

AMBROSE, District Judge

**MEMORANDUM ORDER OF COURT**

Pending is Plaintiff's Motion for Partial Summary Judgment (ECF No. 251) and Defendant's Motion for Summary Judgment (ECF No. 255). The Special Master ruled upon the same in a Report and Recommendation ("R&R") filed on February 23, 2012. (ECF No. 335). Therein, the Special Master recommended denying both Motions. *Id.*, p. 32.

The parties were permitted to object. (Docket No. 48). Both parties filed Objections and Response to the Objections. (ECF Nos. 341, 343, 352, 354). Having reviewed Motions and related documents, as well as the Recommendation and the related documents, I find that the Special Master correctly found that there remain genuine issues of material facts such that the Motions should be denied.

THEREFORE, this 25th day of April, 2012, it is ordered as follows:

1. The Special Master's R&R (Docket No. [335]) is hereby adopted as the opinion of this Court;

2. Plaintiff's Motion for Partial Summary Judgment (ECF No. [251]) is denied; and

3. Defendant's Motion for Summary Judgment (ECF No. [255]) is denied.

BY THE COURT:

s/ Donetta W. Ambrose
   Donetta W. Ambrose
   United States Senior District Judge