IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GRANT STREET GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 9-1407 |
| | ) | |
| REALAUCTIONS.COM, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

AMBROSE, Senior District Judge

## ORDER OF COURT

The parties have filed excessively extensive Objections to deposition designations, counter designations and trial exhibits. (ECF Nos. 454-456, 463). Based on my review of the same, I find as follows:

1. Unless otherwise noted below, all objections based on form, foundation, argumentative, speculation, confusion, repetition, compound, duplicative, incomplete document, vagueness/ambiguousness, no predicate for refreshing recollection, or assuming facts not in evidence are denied without prejudice as premature as these can be cured at trial.

2. Unless otherwise noted below, all objections based on "prejudice" or "fairness" are denied. The standard requires that the moving party show the evidence should be excluded because its probative value is "substantially outweighed by a danger of….unfair prejudice." F.R.E 403. Unfair prejudice means an undue tendency to suggest decision on an improper basis. The sum total of the movant's argument is the word "prejudicial" or "fairness" and thus, the movant has failed to provide any grounds for meaningful assessment of the objection.

3. Unless otherwise noted below, all objections based on relevance are denied, without prejudice, as premature.

4. Unless otherwise noted below, all objections as to exhibits that a party suggests that it "may offer" but is not sure it will offer are denied, without prejudice, as premature.

5. Unless otherwise noted below, all objections as to mischaracterizations based on prior testimony or improper characterization of exhibit are denied as parties may counter designate.

6. Unless otherwise noted below, for rulings on all objections based on a Motion *in Limine*, please refer to the ruling on that Motion *in Limine* for the ruling on the objection.

7. As to the remainder of the objections, I rule as follows:

| **Grant Street Group's Objections to Deposition Designation (ECF No. 454)** | | |
|---|---|---|
| <u>Witness</u> | <u>Objection / Pages</u> | <u>Ruling</u> |
| David Dering, Robert O'Neill, Jeffery Harris, Daniel J. Veres, | General Objection to unavailability | Denied, *see* FRCP 32(a)(3) and FRE 801(d)(2)(D) |
| Robert O'Neill Robert Panoff | All Objections as to Grant Street's Motion *in Limine* #6 re: Inequitable Conduct | Granted to the extent said testimony relates the Motion *in Limine* #6, which was granted on September 25, 2012 prohibiting certain testimony, argument, suggestions or evidence relating to inequitable conduct |
| Danie Veres | 98:16-18 (legal conclusion) 99: 5-7 (legal conclusion) | As to legal conclusion, granted. |
| James Griffith | General Objection based on reasons set forth in Grant Street's Motion *in Limine* #1 re: testimony and Evidence regarding eBay | Denied, *see* Order denying Motion *in Limine* #1. |
| | Hearsay Objections | Denied, *see* Order denying Motion *in Limine* #1. |
| Ian Yorty | 83-84 94: 9-10 94:15-95:9 | Designations withdrawn |
| Donald O'Neill | All Objections relating to Motion *in Limine* re: Issue Preclusion | Granted in part and denied in part as is consistent with my ruling on Motion *in Limine* regarding issue preclusion at ECF No. 483 |

| **Grant Street's Objections to Defendant's Trial Exhibits (ECF No. 455)** | | |
|---|---|---|
| <u>Ex. No.</u> | <u>Objection</u> | <u>Ruling</u> |
| D16 | Hearsay, as to cover letter | Denied for reason stated |
| D38 | Hearsay | Denied without prejudice to be reasserted at time of trial if and when the exhibit is used. The objection and response are so cryptic that the court is unable to make a ruling at this time as to whether the statements fall under FRE 801(d)(2) and/or 803(6). |
| D39 | Hearsay | Denied without prejudice to be reasserted at time of trial if and when the exhibit is used. The objection and response are so cryptic that the court is unable to make a ruling at this time as to whether the statements fall under FRE 801(d)(2) and/or 803(6). |
| D45 | Hearsay, as to email from J. Taylor | Granted to the extent J. Taylor will not be testifying at trial. |
| D52 | Hearsay | Denied based on FRE 803(17) |
| D62 | Hearsay | Denied based on FRE 803(6) |
| D90 | Hearsay | Denied, not offered for truth but offered for limited purpose of showing the communication took place |
| D95 | Hearsay | Denied based on FRE 803(18) |
| D96 | Hearsay | Denied based on 803(6). Additionally, not offered for truth just date |
| D97 | Hearsay | Denied based on 803(6), not offered for truth but rather to show date |
| D98 | Hearsay | Denied based on 803(6) |
| D99 | Hearsay | Denied based on 803(6) |
| D100 | Hearsay | Denied based on 803(6) |
| D101 | Hearsay | Denied based on 803(6) |
| D102 | Hearsay | Denied based on 803(6) |
| D113 | Hearsay | Denied based on 803(6). Additionally, not offered for truth. |
| D114 | Hearsay | Denied based on 803(6). Additionally, not offered for truth. |
| D115 | Hearsay | Denied based on 803(6). Additionally, not offered for truth. |
| D116 | Hearsay | Denied based on 803(6). Additionally, not offered for truth. |
| D117 | Hearsay | Denied based on 803(6). Additionally, not offered for truth. |
| D158 | Hearsay | Denied based on 803(6). |
| D159 | Hearsay | Denied based on 803(6). |
| D160 | Hearsay | Denied based on 803(6). |
| D161 | Hearsay | Denied based on 803(6). |
| D162 | Hearsay | Denied based on 803(6). |
| D165 | Hearsay | Denied |

| | | |
|---|---|---|
| D166 | Hearsay | Denied |
| D173 | Hearsay | Denied without prejudice |
| D189 | Hearsay | Denied based on 803(6) |
| D190 | Hearsay | Denied based on 803(6) |
| D191 | Hearsay | Denied based on 803(6) |
| D200 | Hearsay | Denied based on 803(18) |
| D204 | Hearsay (video) | Denied without prejudice |
| D230 | Hearsay | Denied |
| D241 | Hearsay | Denied |
| D260 | Hearsay | Denied |
| D263 | Hearsay | Denied |

| Realauctions's Objections to Deposition Designation (ECF No. 456-1) | | |
|---|---|---|
| **Witness** | **Objection Pages** | **Ruling** |
| David Epner | 19:17-20:23 (hearsay) | Granted; witness can rephrase |
| | 45:18-46:7 (legal conclusion) | Denied |
| | 46:10-17 (legal conclusion) | Denied |
| | 46:18-19; 22-25 – 47:1-4) (legal conclusion) | Granted |
| | 65:9-66:9 (hearsay) | Denied |
| | 80:14-81:1 (legal conclusion) | Denied |
| Kenneth Dale Farmer, Jr. | 59:20-23 (hearsay) | Denied; doesn't match with a statement or a question calling for hearsay |
| | 126:17-26 | Designations withdrawn |
| | 140:2-3 (hearsay) | Denied |
| | 140:15-18 (misstates content) | Denied |
| | 141:19-22 (hearsay) | Denied |
| Alexander Lizano | 5:23-7:9 (delay) | Denied |
| | 8:5-21 (delay) | Denied |
| | 94:13-96:19 (fairness) | Denied |
| Doug McClendon | 37:14-38:16 (hearsay) | Denied |
| | 89:12-91:12 (hearsay) | Denied |
| | 107:6-108:8 (legal conclusion) | Denied |
| | 108:20-109:5 (legal conclusion) | Denied |
| Craig McIntyre | 54:15-55:16 (legal conclusion) | Denied |
| | 55:25-57:11 (legal conclusion) | Denied |
| | 57:14-20 (legal conclusion) | Denied |
| | 57:23-58:18 (legal conclusion) | Denied |
| | 65:7-66:13 (legal conclusion) | Denied |
| | 66:16-67:18 (legal conclusion) | Denied |
| | 67:22-68:3 (legal conclusion) | Denied |
| | 71:3-73:5 (hearsay) | Denied |
| | 73:22-74:13 (hearsay) | Denied |
| | 82:12-25 (hearsay) | Denied |
| | 83:3-84:7 (hearsay) | Denied |
| | 84:10-23 (hearsay) | Denied |
| | 100:3-13 (hearsay) | Denied |
| | 117:8-23 (legal conclusion) | Denied |
| Eric Benson | 100:8-19 (legal conclusion) | Denied |
| | 129:11-16 (hearsay) | Denied |
| Ronald E. Rubin | 11:11-12, 14 (hearsay) | Denied |
| | 13:18-15:11 (hearsay) | Denied |
| | 49:19-52:15 (hearsay) | Denied |

|  |  |  |
|---|---|---|
|  | 65:17-18 (hearsay) | Denied |
|  | 65:23-67:7 (hearsay) | Denied |
|  | 80:5-18 (hearsay) | Denied |
|  | 81:17-82:11 (hearsay) | Denied |
|  | 87:5-7 (hearsay) | Denied |
|  | 91:10-12 (hearsay) | Denied |
|  | 91:19-92:4 (hearsay) | Denied |
|  | 92:17-93:7 (hearsay) | Denied |
|  | 103:19-22 (hearsay) | Denied |
|  | 107:19-108:11 (hearsay) | Denied |
| Marc Thomashaw 6-28-11 | 24:19-25:8 (hearsay) | Denied |
|  | 27:8-22 (hearsay) | Denied |
|  | 41:10-13 (hearsay) | Denied |
|  | 152:7-153:7 (hearsay) | Denied |
|  | 192:5-13 (hearsay) | Denied |
| Marc Thomashaw 10-18-11 | 40:5-43:10 (hearsay) | Granted as to 43:7-10, otherwise denied |
|  | 46:11-48:14 (hearsay) | Granted as to 47:22-48:1, 13-14, otherwise denied |
|  | 48:21-49:2 (hearsay) | Denied |
|  | 49:10-51:6 (hearsay) | Granted as to 49:17-21, 50:10-22, otherwise denied |
|  | 51:10-55:10 (hearsay) | Granted as to 53:4-13, 18-24, otherwise denied |
|  | 56:4-24 (hearsay) | Denied |
|  | 58:19-20 (hearsay) | Denied |
|  | 62:13-65:21 (hearsay) | Granted as to 64:1-11, 24-25; 65:8-13, 19-21, otherwise denied |
|  | 72:3-75:16 (hearsay) | Denied |
|  | 75:22-25 (hearsay) | Denied |
|  | 76:5 (hearsay) | Denied |
|  | 76:8-83:6 (hearsay) | Granted as to 76:14-19, 77:4-19; 78:17-21; 79:1-4, otherwise denied |
|  | 92:2-18 (hearsay) | Denied |
|  | 98:13-99:6 (hearsay) | Denied |
|  | 99:9-19 (hearsay) | Granted as to 99:15-17, otherwise denied |
|  | 117:2-118:5 (hearsay) | Denied |
|  | 125:2-127:25 (hearsay) | Denied |
|  | 130:5-133:22 (hearsay) | Denied |
|  | 134:5-136:14 (hearsay) | Denied |
|  | 136:17-137:1 (hearsay) | Denied |
|  | 140:14-148:21 (hearsay) | Denied |
|  | 158:12-159:2 (hearsay) | Denied |
|  | 159:4-25 (hearsay) | Denied |
|  | 161:5-11 (hearsay) | Denied |
|  | 161:14-162:21 (hearsay) | Denied |
|  | 162:24-163:4 (hearsay) | Denied |
|  | 163:7-18 (hearsay) | Denied |
|  | 163:25-164:1 (hearsay) | Denied |
|  | 164:18-166:17 (hearsay) | Denied |
|  | 166:20-168:10 (hearsay) | Denied |
|  | 168:13-169:4 (hearsay) | Denied |

|  | 175:2-4 (hearsay) | Denied |
|---|---|---|
|  | 175:7-13 (hearsay) | Denied |
|  | 176:16-182:6 (hearsay) | Denied |
|  | 182:9-184:1 (hearsay) | Denied |
|  | 184:4-189:4 (hearsay) | Denied |
|  | 189:7-192:21(hearsay) | Denied |
|  | 194:7-196:23 (hearsay) | Denied |
|  | 197:1-198:4 (hearsay) | Denied |
|  | 205:4-206:10 (hearsay) | Denied |
|  | 206:13-24 (hearsay) | Denied |
|  | 230:15-232:1 (hearsay) | Denied |

| **Realauctions's Objections to Grant Street's Exhibit List (ECF No. 456-2)** | |
|---|---|
| <u>Ex. No.</u> | <u>**Ruling on Hearsay Objections**</u> |
| 3 | Denied |
| 4 | Denied |
| 5 | Denied without prejudice |
| 24 | Denied |
| 25 | Denied |
| 27 | Denied |
| 30 | Denied |
| 31 | Denied |
| 32 | Denied |
| 35 | Denied |
| 36 | Denied |
| 37 | Denied |
| 38 | Denied |
| 39 | Denied |
| 40 | Denied |
| 41 | Denied |
| 46 | Denied |
| 48 | Denied |
| 49 | Denied, without prejudice |
| 54 | Denied, without prejudice |
| 58 | Denied, without prejudice |
| 61 | Denied |
| 62 | Denied |
| 64 | Granted except pages or excerpts that are actually statements of an opposing party.  Objection as to those pages or excerpts are denied. |
| 65 | Denied |
| 66 | Denied |
| 71 | Denied |
| 73 | Denied without prejudice |
| 76 | Denied |
| 78 | Granted |
| 93 | Denied without prejudice |
| 95 | Denied |
| 97 | Denied |
| 115 | Denied without prejudice |
| 117 | Denied |
| 118 | Denied |
| 121 | Denied |
| 128 | Denied |
| 143 | Granted |
| 168 | Granted |
| 173 | Granted |
| 174 | Granted |
| 175 | Granted |

| **Realauctions's Objections to Counter Deposition Designation (ECF No. 463)[1]** | | |
|---|---|---|
| **Witness** | **Hearsay Objections** | **Ruling** |
| David Dering | 35:13-36:5 | Granted |
|  | 71:22–73:3 | Granted |
| Robert O'Neill | 20:22-22:10 | Granted as to 21:16-22:2; Denied as to all other portions |
| David Landes 7/27/11 | 57:8-60:13 | Denied |
|  | 62:15-69:12 | Denied |
|  | 69:15-72:20 | Denied |
| David Landes 11/15/02 | 81:9-82:1 | Denied |
| David Landes 10/2/06 | 35:6-41:7 | Denied |
|  | 42:1-49:25 | Denied |
| Jeffery Harris | 121:20-121:25 | Granted |
| Robert Panoff | 63:8-67-18 | Denied |

BY THE COURT:

s/  Donetta W. Ambrose
    Donetta W. Ambrose
    United States Senior District Judge

Date:  December 28, 2012

---

[1] Just as a note: Grant Street did not respond to Realauction.com's Objections to Plaintiff's Counter-Designations.