IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GRANT STREET GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 2:09-cv-01407 |
| v. ) | |
| ) | Judge Mark R. Hornak |
| REALAUCTION.COM, LLC, ) | |
| ) | |
| Defendant. ) | |

## VERDICT FORM

In answering these questions, you must follow all the instructions I have given you in the Court's Instructions.

Each of your answers must be the unanimous answer of the jury.

## INFRINGEMENT

**Whether Realauction's <u>RealForeclose</u> Product Infringes the '063 Patent**

<u>Question #1</u>: Has Grant Street proven, by a preponderance of the evidence, that Realauction's <u>RealForeclose</u> product infringes Claim 1 of Grant Street's '063 Patent?

Claim 1:   Infringed _____        Not Infringed   ✓

If you have found that Claim 1 is infringed, then answer each of the following subparts as to whether Grant Street has proven, by a preponderance of the evidence, that Realauction's <u>RealForeclose</u> product infringes any of the following dependent Claims. If you have found that Claim 1 is Not Infringed, proceed directly to Question #2 and skip the rest of this Question #1.

Claim 11:  Infringed _____        Not Infringed _____

Claim 15:  Infringed _____        Not Infringed _____

Claim 22:  Infringed _____        Not Infringed _____

Claim 23:  Infringed _____        Not Infringed _____

        Claim 35:  Infringed _____        Not Infringed _____

        Claim 39:  Infringed _____        Not Infringed _____

**Whether Realauction's <u>RealTaxLien</u> Product Infringes the '063 Patent**

The Court has ruled that Realauction's <u>RealTaxLien</u> product infringed Claims 1, 35 and 39 of Grant Street's '063 Patent from April 20, 2009 through March 9, 2010. Please now answer Questions #2(A) and #2(B).

<u>Question #2(A)</u>: Please answer whether Grant Street has proven, by a preponderance of the evidence that Realauction's <u>RealTaxLien</u> product infringed dependent Claim 22 from April 20, 2009 through March 9, 2010.

        Claim 22:  Infringed __✓__        Not Infringed _____

<u>Question #2(B)</u>: Has Grant Street proven, by a preponderance of the evidence, that Realauction's <u>RealTaxLien</u> product infringes Claim 1 of Grant Street's '063 Patent <u>after</u> March 9, 2010?

        Claim 1:  Infringed _____        Not Infringed __✓__

If you have found that Claim 1 was infringed after March 9, 2010, then answer whether Grant Street has proven, by a preponderance of the evidence, that Realauction's <u>RealTaxLien</u> product infringes the following dependent Claims after March 9, 2010. If you have found that Claim 1 is not infringed after that date, then the following dependent Claims cannot be infringed after that date and you should skip the rest of this Question #2(B).

        Claim 22:  Infringed _____        Not Infringed _____

        Claim 35:  Infringed _____        Not Infringed _____

        Claim 39:  Infringed _____        Not Infringed _____

**Whether Any Infringement was <u>Willful</u>**

<u>Question #3</u>: Has Grant Street proven, by clear and convincing evidence, that Realauction infringed any of the Asserted Claims willfully?

    YES   ✓          NO  ____

## INVALIDITY

**Whether Any Patent Claims Are Invalid**

<u>Question #4</u>: Has Realauction proven, by clear and convincing evidence, that Claims 1-42 of Grant Street's '063 Patent are invalid for failing to satisfy the written description requirement?

    Invalid ____          Not Invalid ✓

<u>Question #5</u>: Has Realauction proven, by clear and convincing evidence, that any of the Asserted Claims are invalid in light of the prior art (by anticipation or by obviousness)?

| Claim | Invalid | Not Invalid |
|---|---|---|
| Claim 1: | ____ | ✓ |
| Claim 11: | ____ | ✓ |
| Claim 15: | ____ | ✓ |
| Claim 22: | ____ | ✓ |
| Claim 23: | ____ | ✓ |
| Claim 35: | ____ | ✓ |
| Claim 39: | ____ | ✓ |

## DAMAGES

**Damages Arising From the <u>RealForeclose</u> Product**

Answer Question #6 only if you found the <u>RealForeclose</u> product infringes a valid Claim – in other words, if you answered "Infringed" to any Claim in Question #1 and "Not Invalid" as to the same Claim in <u>both</u> Questions #4 and #5. Otherwise, do not answer this Question #6.

3

Question #6: Has Grant Street proven, by a preponderance of the evidence, that it is entitled to damages for some or for all use of the RealForeclose product?

    Yes _____               No ✓

If Yes, in what amount?    $ _____

Question #6(A): Does this amount include any amounts for lost profits?

    Yes _____               No _____

If Yes, what amount was included in Question #6 for lost profits?

                      $ _____

**Damages Arising From the RealTaxLien Product**

Answer Question #7 only if you found the RealTaxLien product infringes a valid Claim. In other words, answer this Question #7 if you answered "Not Invalid" as to Claims 1, 35 or 39. Also, you are to answer Question #7 if you answered "Infringed" as to Claim 22 in Question #2(A), or as to any Claim in Question #2(B), and "Not Invalid" as to the same Claim in both Questions #4 and #5. Otherwise, do not answer Question #7.

Question #7: Has Grant Street proven, by a preponderance of the evidence, that it is entitled to damages for some or for all use of the RealTaxLien product?

    Yes ✓               No _____

If Yes, in what amount?    $ 8.1 million

Question #7(A): Does this amount include any amounts for lost profits?

    Yes ✓               No _____

If Yes, what amount was included in Question #7 for lost profits?

                      $ 4.5 million

This is our unanimous verdict:

_Michelle Thomas_ ✓
Juror #1

_Sheri Sulipeck_
Juror #2

_[signature]_
Juror #3

_[signature]_
Juror #4

_[signature]_
Juror #5

_Frances J. Cecil_
Juror #6

_[signature]_
Juror #7

_[signature]_
Juror #8

√ = indicate foreperson with a "√" before their name.

Dated: June __17__, 2013

5